**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN JOEL HOPSON, | No.  1:25-cv-00825 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE CLAIM, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | (Doc. 11) |

Ryan Joel Hopson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On February 9, 2026, the magistrate judge issued a screening order granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within 30 days.  (Doc. 9.) The Cout warned Plaintiff that failure to comply with the Court's order would result in a recommendation for dismissal of this action.  (*Id.*)  Plaintiff did not file an amended complaint or otherwise communicate with the Court.

On March 23, 2026, the magistrate judge issued findings and recommendations recommending dismissal of this action with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and for Plaintiff's failure to prosecute this action. (Doc. 11.)  The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days.  (*Id.*)  The Court also warned that failure to file timely

1

objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).)

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 23, 2026, (Doc. 11), are **ADOPTED**.

2. This action is **DISMISSED**, with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 17, 2026**

UNITED STATES DISTRICT JUDGE

2